# Court of Appeals
# of the State of Georgia

ATLANTA, __October 03, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1263.  DON COFFEY, EXECUTOR OF THE ESTATE OF HERMAN RILEY COFFEY, DECEASED v. UNITED BANK.**

We granted Don Coffey's application for discretionary review. However, after thorough and plenary review, we have determined that no basis for reversal appears, and thus, the application for discretionary appeal was improvidently granted. Therefore, the order granting the application is hereby vacated and this appeal is accordingly dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/03/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*